# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:16-mj-01055-2 |
| | ) | Judge Trauger |
| STORMY WHITTEMORE | ) | |

## **O R D E R**

The government's Emergency Motion to Review Release Order (Docket No. 23) is GRANTED. An evidentiary review hearing will be held on Thursday, July 21, 2016 at 9:30 a.m.

It is so **ORDERED**.

ENTER this 19th day of July 2016.

_____
ALETA A. TRAUGER
U.S. District Judge